UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 18-11595 |
| LYNN A. LILLY, ) | | |
| ) | Chapter: | 13 |
| ) | Honorable Donald R. Cassling | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

## ORDER GRANTING DEBTOR'S MOTION TO MODIFY PLAN

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is hereby ORDERED that:

1) Debtor's plan is modified in Part 3.2 to replace the currently listed creditor, the Cook County Clerk with the Cook County Treasurer.

2) Debtor's plan is modified to increase the payment to the Cook County Treasurer in part 3.2 from $321.96 to $700.00 per month.

Enter:  *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  May 23, 2019

**Prepared by:**

Michael R. Colter, II, A.R.D.C. #6304675
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100